# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

BOARD OF DIRECTORS OF THE LINKS  
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.                                         Case No. 3:11-CV-00252

INVESTORS USA III, LLC,

    Defendant

## ORDER

THIS DAY CAME the parties, by counsel, and upon consideration of the argument of counsel in open court, the evidence presented and the entire record herein:

IT IS HEREBY ADJUDGED, ORDERED AND DECREED, as follows:

1. On or about April 18, 2011 Defendant filed its Notice of Removal in an attempt to remove Henrico County Circuit Court Case No.: CL10-3674 from the Fourteenth Judicial Circuit in and for Henrico County, Virginia to the United States District Court for the Eastern District of Virginia; and

2. As a result of the representations made by Defendant in its Notice of Removal, this Court assumed jurisdiction over the claims made by the Plaintiff in its complaint; and

3. Having now determined that this Court never possessed original jurisdiction over the claims presented in Plaintiff's complaint; and

4. Pursuant to the authority granted to this Court pursuant to 28 U.S.C. §



1447(c); and

  5. In accordance with the relief requested in Plaintiff's Motion to Remand;

  6. IT IS THEREFORE ORDERED that the Plaintiff's Motion to Remand is granted and this case is hereby remanded; and

  7. Jurisdiction over the claims presented in Plaintiff's complaint is transferred back to the Fourteenth Judicial Circuit in and for Henrico County, Virginia; and

*{Remainder of page intentionally left blank}*

This matter is dismissed from the docket.

Date: Oct. 24, 2011

/s/
Henry E. Hudson
United States District Judge

We ask for this:

*[signature]*
Wilbert Washington II, Esq., VSB# 33700
Andrew G. Elmore, Esq., VSB# 33822
Michael A. Sottolano, Esq., VSB# 81216
CHADWICK, WASHINGTON, MORIARTY,
    ELMORE & BUNN, P.C.
201 Concourse Blvd., Suite 101
Glen Allen, Virginia 23059
Phone: (804) 346-5400
Fax: (804) 965-9919
wwashington@chadwickwashington.com
agelmore@chadwickwashington.com
msottolano@chadwickwashington.com
*Counsel for the Plaintiff*

Seen and agreed to:

*[signature]*
Robert A. Dybing, Esq., VSB #32712
William D. Prince, IV, Esq., VSB #77209
ThompsonMcMullan, P.C.
100 Shockoe Slip, 3rd Floor,
Richmond, Virginia 23219
Phone: (804) 698-6248
Fax: (804) 780-1813
rdybing@t-mlaw.com
wprince@t-mlaw.com
*Counsel for the Defendants*